Commonwealth *v.* Grucella, Appellant.

Before OLSZEWSKI, J.

Argued December 13, 1968. *John E. O'Connor,* with him *A. Richard Caputo,* for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney, with him *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Guy, Appellant.

Before CHUDOFF, J., without a jury.

*John W. Packel,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Joseph J. Musto* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.